1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALCALA FARIAS, ) | 1:09cv01228 LJO DLB |
| ) | |
| ) | |
| ) | ORDER GRANTING APPLICATION TO |
| Plaintiff, ) | PROCEED IN FORMA PAUPERIS |
| ) | |
| v. ) | (Document 2) |
| ) | |
| SIDNEY P. CHAPIN, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Manuel Alcala Farias ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on July 15, 2009, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

**Dated:** __July 21, 2009__      _____/s/ **Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE

1